IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LORETTA J. MARTIN,** | § | |
| **Plaintiff,** | § | |
| | § | **No. 3:10-CV-0186-K** |
| **v.** | § | |
| **INDYMAC MORTGAGE** | § | |
| **SERVICES,** | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's case is dismissed without prejudice pursuant to FED. R. CIV. P. 4(m).

**SIGNED on August 2nd, 2010.**


*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE